### HAWLEY *vs.* GREEN & BROOKS.

In *replevin,* where the plaintiff has a verdict for nominal damages, but the value of the property is not assessed by the jury, the plaintiff is not entitled to costs of increase ; the appraisal by the sheriff on taking the replevin bond will not help him.

COSTS in replevin.  The verdict was for the plaintiff, with nominal damages ; but the jury did not assess the value of the property replevied.  It had been as-certained by the sheriff, who took the replevin bond at $55, and the plaintiff had his costs taxed at the common pleas rate, which he collected.  A motion was made to set aside the judgment as to costs of increase, and to refund.

*By the Court,* COWEN, J.  The motion must be granted.  The better construc-

tion of the statute is, that to carry costs on the value of the property, the value must be assessed by the jury, (2 *R. S.* 437, § 48, 2*d ed.*,) and not by the sheriff's appraisal. (12 *Wendell*, 38.) When the cause is tried, a part of the goods may be awarded to the plaintiff and a part to the defendant. In such case, the original appraisal would be no guide. Motion granted.